PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )   Criminal Action No. 04-58M
                                 )
Sandra Ebner,                    )
                                 )
                    Defendant.   )

**Petition on Probation and Supervised Release**

        COMES NOW Thomas F. Carey Probation Officer of the Court presenting an official report upon the conduct and attitude of Sandra Ebner, who was placed on supervision by the Honorable Susan K. Gauvey, sitting in the court at Baltimore, MD on the 20th day of February 2004, who fixed the period of supervision at two years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:
1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.

3. The defendant shall pursue and maintain employment as approved by the probation officer.
4. The defendant shall perform 50 hours of community service as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Standard Condition #7:** The defendant shall refrain from the excessive use of alcohol

**Evidence:** On May 27, 2005, Sandra Ebner submitted to a random breathalyzer test administered by Kent County Counseling. The test registered a .13% BAC.

**PRAYING THAT THE COURT WILL ORDER** ...that the current conditions of supervision be modified to require the defendant to abstain from the use of alcohol and submit to random alcohol testing in her residence using a remote alcohol detection device. The defendant shall maintain a telephone line in her residence, and testing will be conducted at Government expense.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this __20__ day of __July__ 2005.<br><br>_____<br>Magistrate Judge | _Thomas F. Carey_<br>Probation Officer<br><br>Place   Dover, Delaware<br><br>Date    June 23, 2005 |

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall abstain from any alcohol use.

The defendant shall submit to random alcohol testing in her residence using a remote alcohol detection device. The defendant shall maintain telephone service at her residence. The cost associated with the testing shall be paid by the Government.

Witness: _____       Signed: _____
U.S. Probation Officer                                               Probationer or Supervised Releasee

                            6/20/05
                        _____
                                    DATE

## MODIFICATION OF PROBATION/SUPERVISED RELEASE CONDITIONS

RE: Name ____Sandra Ebner____   Cr. Docket No. __04-58M (MPT)__

Consistent with the Federal Rules of Criminal Procedure, 32.1(b), notice is being given to the United States Attorney that the U.S. Probation Office intends to recommend to the Court that the conditions of probation or supervised release of the above-named individual be modified by the addition or revision set forth in the attached memorandum or proposed order. With respect to the proposed modification or revision, the United States Attorney may object or comment within ten working days of this notice. The proposed modification will be submitted to the Court without further notification, if a response is not received within the stated period. The individual on probation or supervised release has agreed to the modification or revision and/or has waived his/her rights to a hearing on this matter.

Date __6/23/05__   USPO _____

Date __6/23/05__   SUSPO _____

To Be Completed by the Assistant United States Attorney:

__X__   I have no objection to the proposed modification and/or revision of the conditions.

_____   I object to the proposed modification and/or revision of the conditions.

Comments:

Date __6/28/05__   Assistant U.S. Attorney _____

Please return to the U.S. Probation Office