PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Sandra Lynn Ebner, )<br>)<br>Defendant. ) | Criminal Action No. 04-58M-001 (MPT) |

### Petition on Probation and Supervised Release

COMES NOW Thomas F. Carey Probation Officer of the Court presenting an official report upon the conduct and attitude of Sandra Lynn Ebner, who was placed on supervision by the Honorable Susan K. Gauvey, sitting in the court at Baltimore, Maryland on the 20th day of February 2004, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
3. The defendant shall pursue and maintain employment as approved by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has been unable to complete the assigned community service hours due to physical ailments, as well as alcohol abuse and mental health issues. The defendant has no viable mean of transportation.

**PRAYING THAT THE COURT WILL ORDER** ...that the current conditions of supervision be modified by waiving the special condition requiring the defendant to complete fifty hours of community service.

**ORDER OF COURT**

So ordered this _29_ day
of _November_ 2005.

_____
Magistrate Judge

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   November 18, 2005

Place   Dover, Delaware